US MAGISTRATE JUDGE CHERYL L. POLLAK   DATE: 7/8/14

TIME SPENT: _____

DOCKET NO. 14 CV 2134

CASE: Bethea v City of NY

____ INITIAL CONFERENCE        ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE      ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE     ____ TELEPHONE CONFERENCE
____ MOTION HEARING            ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED        July 21 DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Parties to exchange written discovery requests by 7/21
Responses 8/22
Conference 9/16 at 1100