

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Senior Counsel*<br>Tel.: (212) 356-3527<br>Fax: (212) 356-3509 |
|---|---|---|

September 12, 2014

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Vaughan Bethea v. City of New York, et al.</u>, 14 CV 2134 (FB) (CLP)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants. In that capacity, I write jointly with plaintiff's counsel, Baree Fett, Esq., to respectfully request that the conference currently scheduled for September 16, 2014, at 11:00 a.m., be adjourned until a later date convenient to the Court and converted into a settlement conference. The reason for this request is that the parties wish to explore settlement themselves in the hopes of reaching an agreement without intervention from the Court, and in the event we are unable to do so, then appear for a settlement conference. Should the Court grant this request, the parties are available at any time on October 13, 2014, October 14, 2014, after 10:00 a.m., and October 22, 2014, before 1:30 p.m.

In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration.

Respectfully submitted,

Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: Baree Fett, Esq. (By ECF)
Harvis, Wright & Fett, LLP
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007